THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CHRISTOPHER J. SLAUSON, Respondent.

*People* v. *Slauson*, 85 App. Div. 166, appeal dismissed.
(Submitted October 19, 1904; decided November 15, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July

1, 1903, which reversed a judgment entered at a Trial Term upon a verdict convicting the defendant of the crime of sodomy.

*George Addington, District Attorney*, for appellant.

*William E. Woollard* for respondent.

Appeal dismissed upon the ground that it does not appear from the order of reversal that it was not made upon the facts or in the exercise of discretion, on the authority of *People* v. *Calabur* (178 N. Y. 463); no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.